_____

No. 95-4098
_____

Empire State Bank,                    *
                                      *
          Appellant,                  *
                                      *  Appeal from the United States
     v.                               *  District Court for the
                                      *  District of Minnesota.
Federal Deposit Insurance             *
Corporation, as receiver of           *         [UNPUBLISHED]
Citizens State Bank of Fulda,         *
                                      *
          Appellee.                   *
                              _____

          Submitted:  October 24, 1996

             Filed:  December 5, 1996
                              _____

Before BOWMAN, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                              _____

PER CURIAM.


     The District Court[1] granted the Federal Deposit Insurance
Corporation's motion for summary judgment.  Empire State Bank, the
plaintiff below, appeals.  We affirm.


     This case arises out of a settlement agreement between Empire
and the FDIC acting as receiver of Citizens State Bank of Fulda.
Empire claims the FDIC breached the agreement and seeks damages.
The District Court agreed with the FDIC that Empire failed to
demonstrate any damages, there being no showing of a causal
relationship between Empire's alleged damages and the alleged
breach, and the alleged damages being wholly speculative.

_____

     [1]The Honorable David S. Doty, United States District Judge for
the District of Minnesota.

For reversal, Empire argues that with more discovery it might have been able to demonstrate a genuine issue of material fact, and therefore that summary judgment was improperly granted. Empire also argues that the District Court erred in affirming the denial by the magistrate judge[2] of Empire's motion to compel discovery. Having reviewed the case, we reject Empire's contentions. Summary judgment was properly granted on Empire's breach of contract claim, and the District Court's affirmance of the magistrate judge's ruling on Empire's discovery motion was not an abuse of discretion. We note that Empire does not contest the District Court's dismissal, on jurisdictional grounds, of Empire's misrepresentation claim.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

-2-